IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) NO. 3:15MJ214 |
| | ) |
| INFORMATION ASSOCIATED WITH | ) |
| FACEBOOK USER ID | ) |
| | ) |
| TARGET ACCOUNT 1: | ) |
| "100008119636435"/Account has been deleted. | ) |
| The user of this account went by "Flames Long | ) |
| Live Kapo" | ) |
| | ) |
| TARGET ACCOUNT 2: | ) |
| "100000999207913"/ "lyl.rachyt" | ) |
| | ) |
| THAT IS STORED AT PREMISES | ) |
| CONTROLLED BY FACEBOOK | ) |

## MOTION TO SEAL SEARCH AND SEIZURE WARRANT AND AFFIDAVIT AND APPLICATION

NOW COMES the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Search and Seizure Warrants and Affidavit, Applications, this Motion and any Order issued pursuant to this Motion be sealed immediately in order to protect the secrecy of the on-going nature of the investigation in this matter, and that same remain sealed until further order of this Court.

Respectfully submitted, June 8, 2015.

JILL WESTMORELAND ROSE
ACTING UNITED STATES ATTORNEY

Elizabeth F. Greene
North Carolina Bar Number 26730
Attorney for the United States
United States Attorney's Office
227 West Trade Street
Suite 1650

Charlotte, NC 28202  
Telephone: (704) 344-6222  
E-mail: Elizabeth.greene@usdoj.gov