UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF 3:14 MJ 214 | Docket No. 3:15-mj-214<br><br>ORDER UNSEALING CERTAIN ORDERS, APPLICATIONS, AFFIDAVITS WARRANTS, AND OTHER DOCUMENTS |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an Order directing that the Search Warrant documents in the above captioned case, which were previously sealed by the Court, be unsealed.

**IT IS HEREBY ORDERED** that the above listed documents in the above captioned case be unsealed so that the United States may comply with its discovery obligations.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 15 day of June, 2015.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE